UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                   :

HENRY FRANKLIN, *on behalf of himself and*   :
*others similarly situated*,

                               :

               Plaintiff,        :   Case No. 1:20-cv-4935 (VEC)

      vs.                      :   **Oral Argument Requested**

WHOLE FOODS MARKET GROUP, INC.   :
and AMAZON.COM, INC.,             :

              Defendants.     :

-------------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendants' Motion to Dismiss, dated September 4, 2020; the accompanying Declaration of

Jason C. Schwartz, dated September 4, 2020, and the Exhibits annexed thereto; and all prior

pleadings, papers, and proceedings had herein, Defendants Whole Foods Market Group, Inc. and

Amazon.com, Inc, by and through undersigned counsel, move this Court, before the Honorable

Valerie E. Caproni, United States District Court, Southern District of New York, 40 Foley Square,

Courtroom 443, New York, New York 10007, for an Order dismissing Plaintiff's Complaint with

prejudice pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  September 4, 2020

Respectfully submitted,

*/s/ Jason C. Schwartz*
Jason C. Schwartz (*pro hac vice*)
Greta B. Williams (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
jschwartz@gibsondunn.com
gbwilliams@gibsondunn.com

Grace E. Hart
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
ghart@gibsondunn.com

*Attorneys for Defendants Whole Foods Market Group, Inc. and Amazon.com, Inc.*

2