```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
HENRY FRANKLIN, on behalf of himself and         :
others similarly situated,                                            :
:
                                    Plaintiff,       :       20-cv-4935 (VEC)
:
                -against-                                  :       ORDER
:
WHOLE FOODS MARKET GROUP, INC. AND   :
AMAZON.COM, INC.,                                               :
:
                             Defendants.   X
-------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for an initial pre-trial conference on Friday, September 11, 2020; and

      WHEREAS the Plaintiff indicated that he will be filing an Amended Complaint by no later than Friday, September 25, 2020;

      IT IS HEREBY ORDERED THAT discovery is stayed pending the filing of an Amended Complaint and the resolution of a subsequent Motion to Dismiss, were one to be filed.

      IT IS FURTHER ORDERED THAT if the parties do decide that they wish to convene a settlement conference, they must submit a joint letter and this Court will issue a referral to Magistrate Judge Debra Freeman for a settlement conference.

**SO ORDERED.**

Date:  September 11, 2020                            _____
       New York, New York                              **VALERIE CAPRONI**
                                                                  **United States District Judge**