USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
HENRY FRANKLIN, on behalf of himself and : 
others similarly situated, :
:
                            Plaintiff, :      20-cv-4935 (VEC)
:
            -against- :      ORDER
:
WHOLE FOODS MARKET GROUP, INC. AND :
AMAZON.COM, INC., :
:
                          Defendants.  X
--------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

        WHEREAS on June 26, 2020, Plaintiff filed a complaint, Dkt. 1;

        WHEREAS on September 4, 2020, Defendants filed a motion to dismiss, Dkt. 18; and

        WHEREAS on September 25, 2020, Plaintiff filed a first amended complaint, Dkt. 24;

        IT IS HEREBY ORDERED THAT Plaintiff is to file a redlined version of its amended complaint, comparing the amended complaint to the original complaint, by no later than **Wednesday, September 30, 2020**. Filing a redlined version of an amended pleading is required by Individual Practice Rule 4(E)(i).

        IT IS FURTHER ORDERED THAT Defendants' motion to dismiss is hereby denied as moot.

        The Court of Court is respectfully requested to terminate docket entry 18.

**SO ORDERED.**

Date:  **September 29, 2020**                         _____
         **New York, New York**                        **VALERIE CAPRONI**
                                                                 **United States District Judge**