USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
HENRY FRANKLIN, *on behalf of himself and others similarly situated*,

                         Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.,
AMAZON.COM, INC., CORNUCOPIA
LOGISTICS, LLC.

                        Defendants.
------------------------------------------------------------- X

20-CV-4935 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on April 6, 2022, the parties appeared for a status conference;

IT IS HEREBY ORDERED that, for the reasons stated at the conference, discovery is bifurcated into individual and class components. The Court will enter a Case Management Plan ("CMP") by separate order; the discovery deadlines in the CMP relate only to the individual claims of the named Plaintiff.

**SO ORDERED.**

**Date: April 6, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**